HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
GWENN DEMPSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00016-MJS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PROBATION |
| vs. | |
| GWENN DEMPSEY, | JUDGE: Hon. Michael J. Seng |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the probation period now scheduled to end on November 6, 2014, may be continued to February 6, 2015. The parties further agree that a review hearing be scheduled at the court's earliest convenience on or after February 6, 2014 and that defendant will be present at the review hearing if payment of the $250.00 is not completed at that time.

This extension of probation is requested by defense counsel so defendant can complete her $250.00 fine payment.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

//

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 6, 2014         By:   */s/ Matthew McNease*
MATTHEW MC NEASE
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

DATED: October 6, 2014         By    */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
GWENN DEMPSEY

# **O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE PROBATION in Case No. 6:14-mj-00016-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 7, 2014              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE