HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GWENN DEMPSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00016-MJS |
|---|---|
| Plaintiff, | JOINT MOTION TO WITHDRAW PETITION TO REVOKE PROBATION AND TO RECALL WARRANT; ORDER |
| vs. | |
| GWENN DEMPSEY, | |
| Defendant. | |

The parties, by and through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Gwenn Dempsey, hereby jointly move to withdraw the January 26, 2015 petition to revoke probation and further request that the Court recall the warrant issued on February 3, 2015.

On May 6, 2014, Ms. Dempsey pled guilty to being present in a park area while under the influence of alcohol to a degree in violation of 36 C.F.R. § 2.35(c).  The Court placed Ms. Dempsey on 6 months of unsupervised probation.  Among other conditions of probation, Ms. Dempsey was ordered to pay a $250 fine.  A review hearing was set for October 7, 2014.  The day before the review hearing, the parties filed a stipulation requesting an extension of the term of unsupervised probation to allow Ms. Dempsey additional time to pay the fine.  The parties agreed that "defendant will be present at the review hearing if payment of the $250.00 is not completed at that time."  Docket #9 at 1.  The Court granted the request and set another review

hearing for February 3, 2015.  On January 26, 2015, the government filed a petition to revoke probation, alleging that Ms. Dempsey failed to pay the fine as ordered by the Court.  Ms. Dempsey failed to appear at the review hearing on February 3, 2015, and the Court issued a warrant for her arrest.

The parties now jointly request that the petition to revoke probation be withdrawn and that the warrant issued on February 3, 2015, be recalled.  Defense counsel has provided proof that Ms. Dempsey paid the $250 fine in full and that such payment was processed on February 9, 2015.

Respectfully submitted,

Date: January 12, 2016         */s/ Matthew McNease*
                               MATTHEW MCNEASE
                               Yosemite Legal Officer
                               Counsel for the Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date: January 12, 2016         */s/ Erin Snider*
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               GWENN DEMPSEY


**O R D E R**

**IT IS SO ORDERED.**  The Court hereby grants the parties' joint request to withdraw the January 26, 2015 petition to revoke probation.  The Court recalls the warrant issued on February 3, 2015.

IT IS SO ORDERED.

Dated:   January 12, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dempsey / Stipulation                    -3-